# Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 02996

-------------------------------------------------------------X

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

-------------------------------------------------------------X

LANCE JOSPEPH ESBIN and SERPIL ESBIN

                               Plaintiff(s),

             -against-

THE CITY OF NEW YORK, AMEC
CONSTRUCTION MANAGEMENT, INC.
et al,

                         Defendants.

-------------------------------------------------------------X

21 MC 100 (AKH) (ECF)

Docket No.:
08 CV _____

CHECK-OFF ("SHORT FORM") COMPLAINT RELATED TO THE

MASTER COMPLAINT
PLAINTIFF(S) DEMAND A TRIAL BY JURY

RECEIVED
MAR 2 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

       By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

       All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "X" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

       Plaintiffs, LANCE JOSPEPH ESBIN and SERPIL ESBIN, by his/her/their attorneys DOUGLAS & LONDON, P.C., complaining of Defendant(s), respectfully allege:

## I. PARTIES

### A. PLAINTIFF(S)

       1.    ☒ Plaintiff, LANCE JOSPEPH ESBIN (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New Jersey residing at 49 Mt. Prospect Avenue, Clifton, New Jersey 07013.

                               (OR)

       2.    Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as Administrator of the Estate of _____.

3.  ☒ Plaintiff, SERPIL ESBIN(hereinafter the "Derivative Plaintiff"), is a citizen of the State of New Jersey residing at 49 Mt. Prospect Avenue, Clifton, New Jersey 07013, and has the following relationship to the Injured Plaintiff:

> ☒ SPOUSE: at all relevant times herein, is and has been lawfully married to Plaintiff LANCE JOSPEPH ESBIN, and brings this derivative action for her (his) loss due to the injuries sustained by her husband (his wife), Plaintiff LANCE JOSPEPH ESBIN

> ☐ Parent    ☐ Child    ☐ Other: _____

4.  In the period from September 2001, until on or about April 2002 the Injured Plaintiff worked for Beau Security & Investigations, Inc. a/k/a Beau Deutle & Associates as a Private Security Guard at:

| | |
|---|---|
| ☒ The World Trade Center Site<br>Location(s) (i.e., building, quadrant, etc.) Based upon information known at this time, Plaintiff worked throughout the four quadrants;<br>From on or about October 2001, until on or about April 2002;<br>Approximately __12__ hours per day; for<br>Approximately __180__ days total. | ☐ The Barge<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. |
| ☐ The New York City Medical Examiner's Office<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The Injured Plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:<br><br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br>Name and Address of Non-WTC Site<br>Building/Worksite: _____ |
| ☐ The Fresh Kills Landfill<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | |

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

5.    Injured Plaintiff

☒    Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

☒    Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

☒    Was exposed to and inhaled or absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

☒    Other:
      Not yet determined. _____

6.    Injured Plaintiff

☒    Has not made a claim to the Victim Compensation Fund.  Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund that was denied. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund that was subsequently withdrawn by Ground-Zero Plaintiff.  Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

☐    Made a claim to the Victim Compensation Fund that was granted. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, Ground-Zero Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

# B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

☒ THE CITY OF NEW YORK ("CITY")
    ☒ A Notice of Claim was filed and served on March 19, 2008 and
    ☐ Pursuant to General Municipal Law §50-h the CITY held a hearing on or about _____ (OR)
    ☒ The CITY has yet to hold a hearing as required by General Municipal Law §50-h
    ☐ More than thirty days have passed and the CITY has not adjusted the claim.
        (OR)
    ☐ An Order to Show Cause application to:
    ☐ deem Plaintiff's Notice of Claim timely filed, or in the alternative to grant Plaintiffs' leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:
    ☐ is pending
    ☐ Granting petition was made on _____.
    ☐ Denying petition was made on _____.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]
    ☐ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on _____;
    ☐ More than sixty days have elapsed since the Notice of Claim was filed, (and)
    ☐ the Port Authority has adjusted this claim.
    ☐ the Port Authority has not adjusted this claim.

☐ 1 WORLD TRADE CENTER, LLC
☐ 1 WTC HOLDINGS, LLC
☐ 2 WORLD TRADE CENTER, LLC
☐ 2 WTC HOLDINGS, LLC
☐ 4 WORLD TRADE CENTER, LLC
☐ 4 WTC HOLDINGS, LLC
☐ 5 WORLD TRADE CENTER, LLC
☐ 5 WTC HOLDINGS, LLC

☒ AMEC CONSTRUCTION MANAGEMENT, INC.
☐ 150 BROADWAY N.Y. ASSOCS. L.P.
☐ 160 WATER ST. INC.
☐ 30 BROAD STREET ASSOCIATES, LLC.
☐ 7 WORLD TRADE CENTER COMPANY, L.P.
☐ A RUSSO WRECKING
☐ ABM INDUSTRIES, INC.
☐ ABM JANITORIAL NORTHEAST, INC.
☐ AMEC EARTH & ENVIRONMENTAL, INC.
☐ ATLANTIC HEYDT CORP
☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION
☐ BECHTEL CONSTRUCTION, INC.
☐ BECHTEL CORPORATION
☐ BECHTEL ENVIRONMENTAL, INC.
☐ BERCHTEL ENVIRONMENTAL, INC.
☐ BFP ONE LIBERTY PLAZA CO., LLC.
☐ BFP TOWER C. CO. LLC.
☐ BIG APPLE WRECKING & CONSTRUCTION CORP.
☐ BOSTON PROPERTIES
☒ BOVIS HOLDINGS LIMITED
☒ BOVIS INTERNATIONAL, INC.
☒ BOVIS LEND LEASE, INC.
☒ BOVIS LEND LEASE INTERIORS, INC.
☒ BOVIS LEND LEASE LMB, INC.
☐ BRANCH SERVICES
☐ BREEZE CARTING CORP.
☐ BREEZE NATIONAL, INC.
☐ BRER-FOUR TRANSPORATION CORP.
☐ BROOKFIELD FINANCIAL PROPERTIES, INC.
☐ BROWN HARRIS STEVENS,
☐ BURO HAPPOLD CONSULTING ENGINEERS, P.C.
☐ C&D FIREPROFFING & PLASTERING CORP.
☐ C.B. CONTRACTING CORP.
☐ CALEDONIAN INSURANCE COMPANY
☐ CANRON CONSTRUCTION CORP
☐ CANTOR SEINUK GROUP
☐ CAPITAL PROPERTIES, INC.
☐ CARLOS CONSTURCTION

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

- [ ] CIVETTA-COUSINS, JV, LLC
- [ ] Clarcor Air filtration Products, Inc.
- [ ] COMPONENT ASSEMBLY SYSTEMS, INC.
- [ ] CONSOLIDATED EDISON COMMUNCIATIONS HOLDING COMPANY, INC.
- [ ] CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
- [ ] CONSOLIDATED EDISON DEVELOPMENT, INC.
- [ ] CONSOLIDATED EDISON ENERGY, INC.
- [ ] CONSOLIDATED EDISON, INC.
- [ ] CONSOLIDATED EDISON SOLUTIONS, INC.
- [ ] CONSULTING ENGINEERS, P.C.
- [ ] COOPER SQUARE REALTY, INC.
- [ ] COORDINATED METALS, INC.
- [ ] CORD CONTRACTING CO., INC.
- [ ] CRAIG TEST BORING COMPANY INC.
- [ ] CUSHMAN & WAKEFIELD, INC.
- [ ] DAKOTA DEMO-TECH
- [ ] DCM ERECTORS, INC
- [ ] DEUTSCHE BANK
- [ ] DIAMOND POINT EXCAVATING CORP
- [ ] DIEGO CONSTRCTION, INC.
- [ ] DIVERSIFIED CARTING, INC.
- [ ] DMT ENTERPRISE, INC.
- [ ] D'ONOFRIO GENERAL CONTRACTORS CORP
- [ ] EAGLE LEASING & INDUSTRIAL SUPPLY
- [ ] EAGLE ONE ROOFING CONTRACTORS INC.
- [ ] EAGLE SCAFFOLDING CO
- [ ] EJ DAVIES, INC.
- [ ] EMPIRE STATE PROPERTIES, INC.
- [ ] EN-TECH CORP
- [ ] ET ENVIRONMENTAL
- [ ] EVERGREEN RECYCLING OF CORONA
- [ ] EWELL W. FINLEY, P.C.
- [ ] EXECUTIVE MEDICAL SERVICSE, P.C.
- [ ] F&G MECHANICAL, INC.
- [ ] FLEET TRUCKING, INC.
- [ ] FRANCIS A. LEE COMPNAY, A CORPORATION
- [ ] FRANCIS MICELLI JR CONTRACTING
- [ ] FTI TRUCKING
- [ ] GILSANZ MURRAY STEFICEK, LLP
- [ ] GLO MANAGEMENT, INC.
- [ ] GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
- [ ] GRUBB & ELLIS MANAGEMENT SERVICES, INC.

- [ ] HALLEN WELDING SERVICE, INC.
- [ ] GC CONTRACTING CORP.
- [ ] HIGH-RISE ELECTRIC, INC.
- [ ] HIGH-RISE HOISTING AND SCAFFOLDING, INC.
- [ ] J.P. MORGAN CHASE CORPORATION,
- [ ] JEMB REALTY CORP
- [ ] JP EQUIPMENT RENTAL MATERIALS, INC.
- [ ] KIBEL COMPANIES,
- [ ] LAQUILA CONSTRUCTION INC.
- [ ] LASTRADA GENERAL CONTRACTING CORP
- [ ] LEFRAK ORGANIZATION INC.
- [ ] LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER, P.C.
- [ ] LIBERTY MUTUAL MANAGED CARE, INC.
- [ ] LOCKWOOD KESSLER & BARTLETT, INC.
- [ ] LUCIUS PITKIN, INC.
- [ ] LZA TECH-DIV OF THORTON TOMASETTI
- [ ] MANAFORT BROTHERS, INC.
- [ ] MAYORE ESTATES LLC
- [ ] MAZZOCHI WRECKING, INC.
- [ ] MEDCORE MEDICAL AND HOSPITAL SUPPLY
- [ ] MERIDIAN CONSTRRUCTION CORP.
- [ ] MILFORD MANAGEMENT CORP
- [ ] MILSTEIN PROPERTIES CORP.
- [ ] MOODY'S INVISTORS SERVICE
- [ ] MRA ENGINEERING, P.C.
- [ ] MUESER RUTLEDGE CONSULTING ENGINEERS
- [ ] MURRAY HILL PROPERTIES
- [ ] NACIREMA INDUSTRIES INCORPORATED
- [ ] NEW YORK CRANE & EQUIPMENT CORP.
- [ ] NICHOLSON CONSTRUCTION COMPANY
- [ ] ONE WALL STREET CORPORATION
- [ ] OVE ARUP & PARTNERS, P.C.
- [ ] PETER SCALAMNDRE & SONS, INC.
- [ ] PINNACLE ENVIRONMENTAL CORP
- [ ] PLAZA CONSTRUCTION CORP.
- [ ] PLAZA CONSTRUCTION MANGEMENT CORP.
- [ ] PRO SAFETY SERVICES, LLP
- [ ] PT & L CONTRACTING CORP.
- [ ] REGIONAL SCAFFOLD & HOISTING CO, INC.

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| | |
|---|---|
| ☐ ROBERT SILMAN ASOCIATES | ☐ TOTAL SAFETY CONSULTING L.L.C. |
| ☐ ROBERT L. GEROSA, INC. | ☐ TRAMMELL CROW COMPANY |
| ☐ ROCKROSE DEVELOPMENT CORP. | ☐ TRINITY CENTRE, LLC |
| ☐ ROYAL GM INC. | ☐ TRIO ASBESTOS REMOVAL |
| ☐ RY MANAGEMENT | ☐ TUCCI EQUIPMENT RENTAL CORP |
| ☐ SAB TRUCKING INC. | ☒ TULLY CONSTRUCTION CO., INC. |
| ☐ SAFEWAY ENVIRONMENTAL CORP | ☒ TULLY ENVIRONMENTAL INC. |
| ☐ SAKELE BROTHERS, L.L.C. | ☒ TULLY INDUSTRIES INC. |
| ☐ SEASONS INDUSTRIAL CONTRACTING | ☒ TURNER CONSTRUCTION CO. |
| ☐ SILVERITE CONTRACTORS | ☒ TURNER CONSTRUCTION COMPANY |
| ☐ SILVERSTEIN PROPERTIES | ☒ TURNER CONSTRUCTION |
| ☐ SILVERSTEIN PROPERTIES, INC. | INTERNATIONAL, LLC |
| ☐ SILVERSTEIN WTC FACILITY MANAGER, LLC | ☒ TURNER/PLAZA, A JOINT VENTURE |
| ☐ SILVERSTEIN WTC, LLC | ☐ ULTIMATE DEMOLITIONS/CS HAULING |
| ☐ SILVERSTEIN WTC MANAGEMENT CO., LLC | ☐ VERIZON NEW YORK INC. |
| ☐ SILVERSTEIN WTC PROPERTIES, LLC | ☐ VOLLMER ASSOCIATES LLP |
| ☐ SILVERSTEIN DEVELOPMENT CORP. | ☐ W HARRIS & SONS INC. |
| ☐ WEIDLINGER ASSOCIATES, CONSULTING |
| ☐ SILVERSTEIN WTC PROPERTIES LLC | ☐ WEEKS MARINE, INC. |
| ☐ SIMPSON GUMPERZ & HEGER INC | ☐ WEIDLINGER ASSOCIATES, CONSULTING |
| ☐ SKIDMORE OWINGS & MERRILL LLP | ENGINEERS, P.C. |
| ☐ SURVIVAIR | ☐ WFP TOWER A. CO., L.P. |
| ☐ THE BANK OF NEW YORK | ☐ WFP TOWER B. CO., L.P. |
| ☐ THE RELATED COMPANIES, LP | ☐ WFP TOWER D. CO., L.P. |
| ☐ TISHMAN INTERIORS CORPORATION | ☐ WHITNEY CONTRACTING, INC. |
| ☐ TISHMAN SPEYER PROPERTIES | ☐ WOLKOW-BRAKER ROOFING CORP |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN | ☐ WORLD TRADE CENTER PROPERTIES, LLC |
| ☐ YANNUZZI & SONS INC. |
| ☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK | ☐ YONKERS CONTRACTING COMPANY, INC. |
| ☐ YORK HUNTER CONSTRUCTION, LLC |
| ☐ TOMASETTI GROUP | ☐ ZAR REALTY MANAGEMETN CORP. |
| ☐ TORETTA TRUCKING, INC. | ☐ ZECKENDORF REALTY |
| | OTHER:_____ |

| | |
|---|---|
| ☐ Non-WTC Site Building Owner<br>  Name: _____<br>  Business/Service Address: _____<br>  Building/Worksite Address: _____ | ☐ Non-WTC Site Building Management Agent<br>  Name: _____<br>  Business/Service Address: _____<br>  Building/Worksite Address: _____ |
| ☐ Non-WTC Site Lessee<br>  Name: _____<br>  Business/Service Address: _____<br>  Building/Worksite Address: _____ | |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☒ Founded upon Federal Question Jurisdiction; specifically ☒ Air Transportation Safety & System Stabilization Act of 2001; (or) ☐ Federal Officers Jurisdiction, (or) ☐ Other (specify): _____; ☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §1441.

## III. CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | |
|---|---|
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§200 and 240 | ☒ Common Law Negligence, including allegations of Fraud and Misrepresentation<br><br>☒ Air Quality;<br>☒ Effectiveness of Mask Provided;<br>☐ Effectiveness of Other Safety Equipment Provided (specify: _____);<br>☒ Other (specify): Not yet determined. |
| ☒ Breach of the defendants' duties and obligations pursuant to the New York State Labor Law §241(6) | |
| ☐ Pursuant to New York General Municipal Law §205-a | ☐ Wrongful Death |
| ☐ Pursuant to New York General Municipal Law §205-e | ☒ Loss of Services/Loss of Consortium for Derivate Plaintiff |
| | ☐ Other: _____ |

## IV. CAUSATION, INJURY AND DAMAGE

1.      As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

***Please read this document carefully.***
***It is very important that you fill our each and every section of this document.***

| ☒ Cancer Injury: <u>Pancreatic Cancer</u><br>Date of Onset: <u>December 26, 2006</u><br>Date physician first connected this injury to WTC work: <u>To be supplied at a later date.</u> | ☐ Cardiovascular Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |
|---|---|
| ☐ Respiratory Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☒ Fear of Cancer: <u>Fear of Cancer</u><br>Date of Onset: <u>December 26, 2006</u><br>Date physician first connected this injury to WTC work: <u>To be supplied at a later date.</u> |
| ☐ Digestive Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ | ☐ Other Injury: _____<br>Date of Onset:_____<br>Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

2.      As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground-Zero Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

| ☒ Pain and suffering | ☒ Expenses for medical care, treatment and rehabilitation |
|---|---|
| ☒ Loss of the enjoyment of life | ☒ Other:<br>☒ Mental Anguish<br>☒ Disability<br>☒ Medical Monitoring<br>☐ Other: _____ |
| ☒ Loss of earnings and/or impairment of earning capacity | |
| ☒ Loss of retirement benefits/diminution of retirement benefits | |

3.      As a direct and proximate result of the injuries described *supra*, the derivate plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

***Please read this document carefully.***
***It is very important that you fill our each and every section of this document.***

**WHEREFORE,** Plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against Defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demand that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
       March 24, 2008

                                        Yours, etc.,

                                        DOUGLAS & LONDON, P.C.

                                        BY: _____
                                             MICHAEL A. LONDON (ML-7510)
                                             Attorney for Plaintiffs
                                             111 John Street, Ste 1400
                                             New York, New York 10038
                                             (212) 566-7500

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

Page 9 of 9